CROWN v. ORR et al.

(Supreme Court, General Term, Second Department. July 28, 1893.)

APPEAL—VERDICT—SUFFICIENCY OF EVIDENCE.
A verdict for plaintiff, rendered on plaintiff's evidence, will not be disturbed on appeal because he was contradicted by other witnesses.

Appeal from circuit court, Kings county.

Action by Dennis Crown, an infant, by Patrick Crown, his guardian ad litem, against John C. Orr, Henry Steers, Charles K. Sparks, Richard S. Orr, and Michael McDonnell, to recover damages for personal injuries caused by defendants' negligence while plaintiff was in their employ in a planing mill. From a judgment entered on the verdict of a jury in favor of plaintiff, and from an order denying their motion for a new trial, defendants appeal. Affirmed.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

Butler, Stillman & Hubbard, (John Notman, of counsel,) for appellants.

Isaac S. Catlin, for respondent.

PRATT, J. The trial judge charged the jury fully upon all the questions of law involved, and as favorably to the defendants as they could require. The plaintiff's testimony, if credited, entitled him to recover. Those of defendants' servants who, if plaintiff was to be believed, were themselves in fault, contradicted the plaintiff, and the court charged that, as plaintiff was an interested party the jury should consider that fact, and might disbelieve him, even when not contradicted. The jury gave faith to his testimony, and

we cannot say they were in error. It will not do to say that a plaintiff can never recover on his own testimony, when he is contradicted. That would put him at the mercy of those surrounding him. The circuit judge was satisfied with the verdict, and so are we. Judgment affirmed, with costs. All concur.